

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN HAMPTON CAMP, JR., | § | No. 08-22-00206-CR |
| Appellant, | § | Appeal from the |
| v. | § | 207th Judicial District Court |
| THE STATE OF TEXAS, | § | of Comal County, Texas |
| Appellee. | § | (TC# CR2019-077) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgments. We affirm the judgments of the court below supporting Appellant's convictions. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF MAY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)